# United States Court of Appeals
## For the First Circuit

No. 04-1409

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS SEPÚLVEDA-CONTRERAS,

Appellant.

ERRATA SHEET

The opinion of this Court issued on October 25, 2006, is amended as follows:

On page 5, lines 8-9, replace "at oral argument" with "orally at sentencing".

On page 13, line 11, insert "for abuse of discretion" within the internal quotation after "release".